AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
September 30, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: aq
DEPUTY

United States of America
v.
Ana Karen ESCARENO Flores

*Defendant(s)*

Case No. **EP:26-MJ-4792-LE**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 28, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C. § 952 | Knowingly and intentionally, import into the United States, from the Republic of Mexico, approximately 4.44 kilograms (gross weight) of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on September 30, 2026 at 01:07 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Joseph Hinds, HSI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/30/2026

*Judge's signature*

City and state: El Paso, Texas

Laura Enriquez, U.S. Magistrate Judge

*Printed name and title*

# **Affidavit**

On September 28, 2026, at approximately 1318 hours, Ana Karen ESCARENO Flores applied for entry into the United States from Juarez, Chihuahua, Mexico through the vehicle lanes at the Paso del Norte Port of Entry, El Paso, Texas which is in the Western District of Texas. ESCARENO was the driver and sole occupant of a gray 2015 Nissan Sentra.

A Customs and Border Protection Officer (CBPO) conducting primary inspections asked ESCARENO if the vehicle belonged to her and ESCARENO said it did. A CBPO conducting secondary inspection asked ESCARENO if she had anything to declare, to which she said approximately $200 for shopping in El Paso but nothing else. Upon further questioning about the Nissan Sentra, ESCARENO stated she was planning on having an oil change done in El Paso but no other vehicle repairs had been done on the vehicle, she herself was responsible for everything in the vehicle, and that she was the only person that drove the vehicle.

A CBPO canine enforcement officer inspected the vehicle with their Concealed Human/Narcotic Detector Dog and the dog alerted to a trained odor near the glove compartment. A further inspection by CBPOs discovered 4 foil wrapped bundles containing a powdery substance located in a hidden compartment placed behind the glove box. The combined weight of the 4 bundles was 4.44 kilograms. A CBPO used a Gemini drug testing device to test two of the bundles at random and the powdery substance tested positive for the properties of cocaine.

HSI special agents then responded at the Paso del Norte Port of Entry to investigate further. After being advised of her Miranda rights which she waived in writing, ESCARENO was interviewed. ESCARENO stated she knew she was smuggling drugs which had been provided to her in Juarez and that she expected to be paid $1000 for the trip, but she had been paid other amounts for prior drug crossings.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers. Because this affidavit is being submitted for limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.